**Electronically Filed
Supreme Court
SCPR-25-0000804
19-DEC-2025
02:40 PM
Dkt. 11 OGP**

SCPR-25-0000804

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

DERWIN HAYASHI (Bar No. 3198),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 22-0049)

<u>ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Intermediate Court of Appeals Associate Judge Guidry,
assigned by reason of vacancy)

Upon consideration of the November 4, 2025 petition

filed by the Office of Disciplinary Counsel (ODC), with the

approval of the Disciplinary Board of the Hawai'i Supreme Court

(Disciplinary Board), for an order granting Respondent Derwin

Hayashi's request to resign from the practice of law in lieu of

discipline pursuant to Rules of the Supreme Court of the State

of Hawaiʻi (RSCH) Rule 2.14; ODC's December 15, 2025 supplement to the petition; and the record, it appears that the petition is supported by Respondent Hayashi's affidavit, which along with the record in this matter meets the requirements of RSCH Rule 2.14(a).

Therefore, IT IS HEREBY ORDERED that the petition is granted, as follows:

1. Respondent Derwin Hayashi's request to resign in lieu of discipline is granted, effective thirty (30) days from the date of this order, pursuant to RSCH Rules 2.14(d) and 2.16(c).

2. Upon the effective date of this order, the Clerk of this court shall remove the name of Respondent Derwin Hayashi, attorney number 3198, from the roll of attorneys licensed to practice law in this jurisdiction.

3. Within thirty (30) days from the date of this order, Respondent Hayashi shall submit to the Clerk the original certificate evidencing his license to practice law in this jurisdiction or an affidavit establishing good cause for his failure to do so.

4. Respondent Hayashi shall comply with the requirements of RSCH Rule 2.16 governing disbarred attorneys,

and the Disciplinary Board shall provide notice of the disbarment as required by RSCH Rules 2.16(e) and 2.16(f).

IT IS FURTHER ORDERED that Respondent Hayashi shall bear the costs of these proceedings upon the timely submission by ODC of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED:  Honolulu, Hawaiʻi, December 19, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kimberly T. Guidry